**99-932. State v. Pate.**
Hancock App. No. 5-96-14. On motion for leave to file delayed appeal. Motion denied.

**99-933. State v. Palmer.**
Franklin App. No. 99AP-21. On motion for leave to file delayed appeal. Motion denied.
    PFEIFER, J., dissents.

**99-950. State v. Thompson.**
Lorain App. No. 98CA007001. On motion for leave to file delayed appeal. Motion denied.

**99-951. State v. Spears.**
Richland App. No. 95CA18. On motion for leave to file delayed appeal. Motion denied.

**99-954. State v. Hill.**
Stark App. No. 1998CA0083. On motion for leave to file delayed appeal. Motion denied.
    MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**99-982. State ex rel. Sovchik v. Cloverleaf Local School Bd. of Edn.**
Medina App. No. 2959-M. On motion to expedite appeal. Motion denied.
    LUNDBERG STRATTON, J., denies the motion as moot.

**99-1016. State v. Lantz.**
Perry App. No. 99CA14. On motion for stay pending determination of the appeal. Motion granted.
    F.E. SWEENEY, PFEIFER and COOK, JJ., dissent.

**99-1017. Youngstown v. Behen.**
Mahoning App. No. 98CA186. On motion for stay of execution of judgment. Motion denied.

# DISCRETIONARY APPEALS ALLOWED

**99-219. Karr v. Borchardt.**
Seneca App. No. 13-98-33. Discretionary appeal allowed; *sua sponte,* cause consolidated with 99-222, 99-223, and 99-224, *infra.*
    LUNDBERG STRATTON, J., would allow on Propositions of Law Nos. I, II, and III and hold this cause for the decision in 99-342, 99-348 and 99-618, *Holcomb v. State Farm Ins. Cos.,* Franklin App. No. 98AP-353.
    COOK, J., would hold this cause for the decision in 99-342, 99-348 and 99-618, *Holcomb v. State Farm Ins. Cos.,* Franklin App. No. 98AP-353.

**99-222. Karr v. Borchardt.**
Seneca App. No. 13-98-36. Discretionary appeal allowed; *sua sponte,* cause consolidated with 99-219, *supra,* and 99-223 and 99-224, *infra.*
    COOK, J., would hold this cause for the decision in 99-342, 99-348 and 99-618, *Holcomb v. State Farm Ins. Cos.,* Franklin App. No. 98AP-353.
    LUNDBERG STRATTON, J., dissents.

**99-223. Karr v. Borchardt.**
Seneca App. No. 13-98-35. Discretionary appeal allowed; *sua sponte,* cause consolidated with 99-219 and 99-222, *supra,* and 99-224, *infra.*
    LUNDBERG STRATTON, J., would allow on Propositions of Law Nos. I, II, and III and hold this cause for the decision in 99-342, 99-348 and 99-618, *Holcomb v. State Farm Ins. Cos.,* Franklin App. No. 98AP-353.
    COOK, J., would hold this cause for the decision in 99-342, 99-348 and 99-618, *Holcomb v. State Farm Ins. Cos.,* Franklin App. No. 98AP-353.